# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

### CASE NO.:

FALCO ERMERT,

                Plaintiff,

v.

LIFEWAY CHRISTIAN RESOURCES,

                Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FALCO ERMERT by and through his undersigned counsel, brings this Complaint against Defendant LIFEWAY CHRISTIAN RESOURCES for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff FALCO ERMERT ("Ermert") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Ermert's original copyrighted Work of authorship.

2. Falco Ermert is a German journalist and professional photographer who uses the pseudonym Dronepicr. Ermert studied political science and physical education at the University of Cologne graduating in 2009. During his studies he worked as a photographer in the field of reportage and events. Currently based in Cologne, Ermert continues to work for magazines, photographs personal projects, conducts workshops, and works for the company Plaghunter (www.plaghunter.com).

3.     Defendant LIFEWAY CHRISTIAN RESOURCES ("LCR") is a nonprofit corporation that provides ministry resources to local churches as part of the Souther Baptist Convention. At all times relevant herein, LCR owned and operated the internet website located at the URL http://www.lifeway.com (the "Website").

4.     Ermert alleges that LCR copied Ermert's copyrighted Work from the internet in order to advertise, market and promote its business activities. LCR committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the LCR's business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     LCR is subject to personal jurisdiction in Tennessee.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, LCR engaged in infringement in this district, LCR resides in this district, and LCR is subject to personal jurisdiction in this district.

## DEFENDANT

9.     Lifeway Christian Resources is a Tennessee nonprofit corporation, with its principal place of business at 200 Powell Place, Suite 100, Brentwood, TN, 37027, and can be served by serving its Registered Agent, Corporation Service Company, at 2908 Poston Ave Nashville, TN 37203.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

## THE COPYRIGHTED WORK AT ISSUE

10.     In 2020, Ermert created the photograph entitled "Aerial-view-of-the-Old-Venetian-Harbour-in-Chania--Greece," which is shown below and referred to herein as the "Work".



11.      Ermert registered the Work with the Register of Copyrights on June 26, 2021, and was assigned registration number VA 2-284-611. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12.     At all relevant times Ermert was the owner of the copyrighted Work.

## INFRINGEMENT BY LCR

13.     LCR has never been licensed to use the Work for any purpose.

14.     On a date after the Work was created, but prior to the filing of this action, LCR copied the Work.

15.     On or about June 19, 2023, Ermert discovered the unauthorized use of his Work on the Website. Defendant featured the Work as part of its Daily Schedule for the Lysa Terkeurst Mediterranean Cruise with the caption "Sunday, September 1 Chandia (Souda), Crete, Greece."

16.     LCR copied Ermert's copyrighted Work without Ermert's permission.

17.     After LCR copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its ministry and event-hosting business.

18.     LCR copied and distributed Ermert's copyrighted Work for purposes of advertising and promoting its business, and in the course and scope of advertising and selling products and services.

19.     LCR committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20.     Ermert never gave LCR permission or authority to copy, distribute, or display the Work.

21.     Ermert notified LCR of the allegations set forth herein on September 13, 2024 and December 20, 2024. To date, the parties have failed to resolve this matter.

**COUNT I**
**<u>DIRECT COPYRIGHT INFRINGEMENT</u>**

22.     Ermert incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Ermert owns a valid copyright in the Work.

24. Ermert registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. LCR copied, displayed, and distributed the Work and made derivatives of the Work without Ermert's authorization in violation of 17 U.S.C. § 501.

26. LCR performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Ermert has been damaged.

29. The harm caused to Ermert has been irreparable.

WHEREFORE, Plaintiff FALCO ERMERT prays for judgment against the Defendant LIFEWAY CHRISTIAN RESOURCES that:

   a. LCR and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

   b. LCR be required to pay Ermert his actual damages and Defendant's profits attributable to the infringement, or, at Ermert's election, statutory damages, as provided in 17 U.S.C. § 504;

   c. Ermert be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

   d. Ermert be awarded pre- and post-judgment interest; and

   e. Ermert be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Ermert hereby demands a trial by jury of all issues so triable.

Dated: May 28, 2026                         Respectfully submitted,

5

**SRIPLAW**

*/s/ Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Bar Number: (TN) 041350 (FL) 1056640
(GA) 685078
anthony.underwood@sriplaw.com

EVAN A. ANDERSEN
Bar Number: GA 377422
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750 Atlanta, GA 30326
470.200.0155 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Falco Ermert*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS